# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BRENDA I. VAZQUEZ, CHRISTINE V. FARNSTROM, VERONICA GARCIA, IRAIS J. HERNANDEZ, DEVRI V. HOWARD, MISTY D. HUNTER, MICHELLE L. JUDD, NATASHA M. RITCH, CLAUDIA GARNICA SERRATOS, SHANNON CARIE, KENDRA CLOUTIER, CHELSEA COOPER, APRIL GARCIA, COLEEN MORANOR, MELENIE SANDER, JACRISSA STEVENSON, MIRIAM ZUNIGA, MELISSA TOLLEY, KRISTEN GALO, CAROLE CARAMELA | : No. 68 WM 2020 |
| v. | : |
| BAYER CORPORATION; BAYER U.S. LLC; BAYER HEALTHCARE LLC; BAYER ESSURE INC; BAYER HERALTHCARE PHARMACEUTICALS INC; BAYER AG; BAYER PHARMA AG; CONCEPTUS SAS; AND BAYER S.A. | : |
| PETITION OF: BAYER AG; BAYER PHARMA AG; CONCEPTUS SAS; AND BAYER S.A. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of November, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.